**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION**

CHRISTOPHER SELF,

    Plaintiff,

v.                                                           CASE NO. 2:10-CV-00606-FtM-36DNF

HAMPTON CHRYSLER DODGE & JEEP,
INC., ALFONSO GIL,

    Defendants.
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Douglas N. Frazier on September 6, 2011. Doc. 38. In the Report and Recommendation, Judge Frazier recommends that the Court dismiss this action due to Plaintiff Christopher Self's ("Plaintiff") failure to prosecute. *Id.* Neither party filed an objection to the Report and Recommendation and the time to do so has expired.

In accord with the Magistrate Judge's Report and Recommendation, the Court finds Plaintiff failed to diligently prosecute his claim. *See* Docs. 36, 37. As such, pursuant to Middle District of Florida Local Rule 3.10, his claim is subject to dismissal for want of prosecution. Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 38) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

1. This action is **DISMISSED**, without prejudice.

2. The clerk is directed to terminate any pending motions and deadlines, enter judgment accordingly, and close this case.

**DONE AND ORDERED** at Ft. Myers, Florida, on September 27, 2011.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
COUNSEL OF RECORD